AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | |
|---|---|
| ZODIAK KIDS STUDIO FRANCE,  )  )  )  )  )<br><br>_____<br>*Plaintiff(s)*  )<br>v.  )<br>THE INDIVIDUALS, CORPORATIONS,  )<br>LIMITED LIABILITY COMPANIES,  )<br>PARTNERSHIPS, AND UNINCORPORATED  )<br>ASSOCIATIONS IDENTIFIED ON  )<br>SCHEDULE A,  )<br>*Defendant(s)*  ) | Civil Action No. 26-cv-2012 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Schedule A attached


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shengmao Mu
Whitewood Law PLLC,
57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019


        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                        *CLERK OF COURT*


Date: _____            _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-1514

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  defendants listed on schedule a attached hereto

was received by me on *(date)*    March 25, 2026    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):* On March 23, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders,and all other documents on a website. On March 23, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants. Stamped summons was served on March 25, 2026

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/25/2026                                  /s/Shengmao Mu
                                                    *Server's signature*

                                                    Shengmao Mu, attorney
                                                    *Printed name and title*

                                    57 West, 57th Street, 3rd and 4th Floors, New York, NY, 10019

                                                    *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**SCHEDULE A**

| Doe No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | BFITFITSHOP | Temu | 634418218831983 |
| 2 | CHOUU | Temu | 634418216412795 |
| 3 | CHT Online | Temu | 634418218841070 |
| 4 | CTeees | Temu | 634418218903599 |
| 5 | Dantiepi shop | Temu | 634418222054110 |
| 6 | DarrenTee | Temu | 634418219172469 |
| 7 | DFQE | Temu | 634418219719483 |
| 8 | DFriendM | Temu | 634418219637752 |
| 9 | DIY clothes TB | Temu | 63441822539847 |
| 10 | Dogess Bottoms D | Temu | 634418217536708 |
| 11 | dolin blanket | Temu | 634418220791027 |
| 12 | Drunk Pe | Temu | 634418221980342 |
| 13 | Duo Duo Mall | Temu | 634418221003054 |
| 14 | EASCVI | Temu | 63441821948184 |
| 15 | EBSALE | Temu | 634418219458296 |
| 16 | Elegante Edge | Temu | 634418218287301 |
| 17 | Energy injection | Temu | 634418215823888 |
| 18 | FYVRTIQF | Temu | 634418221756797 |
| 19 | GeraldineMe | Temu | 634418220720624 |
| 20 | Gunot DIY | Temu | 634418222135627 |
| 21 | Hai blanket | Temu | 63441822506875 |
| 22 | HLKZHB | Temu | 634418221858313 |
| 23 | HoiwaiGifts | Temu | 634418218203031 |
| 24 | HomematA | Temu | 634418218462731 |
| 25 | huangtingtinga | Temu | 634418221039611 |
| 26 | Huihui Blanket | Temu | 634418220965854 |
| 27 | HYUGTHJF | Temu | 634418219136187 |
| 28 | HYXGGOZZ | Temu | 634418220260816 |
| 29 | HYXMPQHLL | Temu | 634418220262814 |
| 30 | initial Blanket | Temu | 634418220712854 |
| 31 | Iridescence Art | Temu | 634418222244880 |
| 32 | JACK Cozy Living Space | Temu | 634418217338933 |
| 33 | JHYGYTK | Temu | 634418218728258 |
| 34 | JoyLucia | Temu | 634418220498014 |
| 35 | JUMUDD | Temu | 634418219835902 |
| 36 | KHG Sticker | Temu | 634418221584667 |
| 37 | LANFZFULIAO | Temu | 634418221282186 |
| 38 | Las cosas buenas | Temu | 634418218203087 |
| 39 | LBJ KU | Temu | 634418219390350 |

| Doe No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | Ldanteipihua shop | Temu | 634418222028850 |
| 41 | LifeCoo | Temu | 634418219489485 |
| 42 | LifeHigher | Temu | 634418224597330 |
| 43 | Linda Trendy clothings | Temu | 634418219973597 |
| 44 | lindeyyy | Temu | 634418219926568 |
| 45 | linhuiaa | Temu | 634418221899223 |
| 46 | LINKKKKK | Temu | 634418221449085 |
| 47 | Little Lucky Art Shop | Temu | 634418219832837 |
| 48 | Little Prince of Foreign Trade local | Temu | 634418219904821 |
| 49 | lively and vigorous AA | Temu | 123015560240 |
| 50 | Local boutique | Temu | 634418219813348 |
| 51 | LOTM | Temu | 634418221669551 |
| 52 | LOVE HAT OV | Temu | 634418222609740 |
| 53 | LQHAAMN | Temu | 634418220170911 |
| 54 | Lu Dye Creative Stickers | Temu | 634418214878500 |
| 55 | LYTHXB | Temu | 634418219369641 |
| 56 | man one one | Temu | 634418218512968 |
| 57 | many returning customers | Temu | 634418221852459 |
| 58 | MAYCO CAI | Temu | 634418221101211 |
| 59 | MBBig Shop local | Temu | 634418223149863 |
| 60 | Mens style clothing | Temu | 634418220830315 |
| 61 | mensnan | Temu | 634418220831504 |
| 62 | MHGYTFDD | Temu | 634418219584892 |
| 63 | MHKCLOTHES | Temu | 634418220089090 |
| 64 | Mili Tshirt | Temu | 634418219958909 |
| 65 | MIN Decoration | Temu | 634418219358081 |
| 66 | MJUDXFBH | Temu | 634418220202461 |
| 67 | Moonlight SHH | Temu | 634418221446648 |
| 68 | MPD LLC | Temu | 634418219986831 |
| 69 | MUSHDUA | Temu | 634418220199322 |
| 70 | NCQQ LUCK | Temu | 634418218720164 |
| 71 | Nova Zest | Temu | 63441822639017 |
| 72 | OGM BETTER SHOP | Temu | 634418218895151 |
| 73 | Oiziz | Temu | 634418218522802 |
| 74 | OldSign Co | Temu | 634418223726658 |
| 75 | OneFashiong | Temu | 634418219736774 |
| 76 | Peace Diy IX | Temu | 634418223934189 |
| 77 | PersonalitysA | Temu | 634418220136655 |
| 78 | Picture Factory | Temu | 63441822034842 |
| 79 | Posh Interiors Art | Temu | 634418219635524 |
| 80 | Proud Mens Clothing | Temu | 634418220839384 |

| Doe No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | Put beauty | Temu | 634418218226558 |
| 82 | QIAN JIA clothing | Temu | 63441822868729 |
| 83 | QingFashionGo local | Temu | 634418222654109 |
| 84 | Qster vvp | Temu | 634418218415598 |
| 85 | qu we Mall | Temu | 634418221118888 |
| 86 | R PtwoPtwo | Temu | 634418223293591 |
| 87 | Racer Two | Temu | 634418220008793 |
| 88 | RVDSDG | Temu | 63441822378101 |
| 89 | S JUN K | Temu | 634418220250544 |
| 90 | Sarlo | Temu | 634418217736370 |
| 91 | Seven Car Sticker | Temu | 634418222890646 |
| 92 | Seven Seas Mall | Temu | 634418221774104 |
| 93 | Shanepeng | Temu | 63441822122979 |
| 94 | SHOPINGA | Temu | 634418220234549 |
| 95 | Soft Warm Cloud Warm | Temu | 63441822542943 |
| 96 | Standout Tshirts | Temu | 634418220008717 |
| 97 | Street fashion B | Temu | 634418222027800 |
| 98 | Streetwear Tshirts | Temu | 634418218687681 |
| 99 | SYKGSCYGYC | Temu | 634418218433420 |
| 100 | Tengge Blanket | Temu | 63441822129398 |
| 101 | TEPOOTEE | Temu | 634418220195131 |
| 102 | Time tries truth | Temu | 634418220248948 |
| 103 | TITZion | Temu | 634418222087441 |
| 104 | TMNIUNIU | Temu | 63441822165227 |
| 105 | TMSPING | Temu | 634418220524515 |
| 106 | TONGHENGFEI | Temu | 634418217050600 |
| 107 | WAYUK | Temu | 634418218833281 |
| 108 | WISHU local | Temu | 634418216076079 |
| 109 | WSDCSZZ | Temu | 634418220063566 |
| 110 | ww blanket | Temu | 634418220684888 |
| 111 | Xiao Ou department | Temu | 634418221764800 |
| 112 | XSBpaintingD | Temu | 63441822091592 |
| 113 | ychdediane | Temu | 634418225094127 |
| 114 | YM Art BTB | Temu | 634418223447736 |
| 115 | YQISI Art Canvas Poster | Temu | 634418221775043 |
| 116 | Yshlovey | Temu | 634418221569455 |
| 117 | ZHITUIKEBB | Temu | 634418223894458 |
| 118 | ZHITUIKEJIXXL | Temu | 634418223873985 |
| 119 | ZWLLI | Temu | 634418221025161 |